May 16, 1979

413 A.2d 1120

Commonwealth v. Lynch, Appellant.

Argued March 12, 1979. Daniel W. Shoemaker, for appellant; John Uhler, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ. Judgment of sentence affirmed.

413 A.2d 1121

Deardorff v. Nor–Dan, Inc., Appellant.

Argued March 12, 1979. Daniel W. Shoemaker, for appellant; William B. Anstine, Jr., for appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ. Order affirmed.